UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                            :

LINDSEY A. KIDD,                          :        1:16-cv-01668-JMF

              Plaintiff,          :

                                                             :        AFFIRMATION OF SERVICE

             -v-                     :

THOMSON REUTERS CORPORATION,   :

              Defendant.       :
-------------------------------------------------------------X

I, Adam G. Singer, declare under penalty of perjury that I have served a copy of this Court's Order of March 8, 2016 and Individual Practices via Federal Express upon:

Thomson Reuters Corporation
3 Times Square
New York, NY 10036

Dated: March 16, 2016
        New York, NY

                                              Respectfully submitted,

                                              Adam G. Singer
                                              **Law Office of Adam G. Singer, PLLC**
                                              60 E. 42nd Street, Suite 4600
                                              New York, NY 10165
                                              **asinger2@alumni.law.upenn.edu**
                                              212.842.2428
                                              **Attorney Bar # AS7294**