UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: ADAM G. SINGER, ESQ

LINDSEY A. KIDD

Plaintiff(s)

Index # 16-CV 1668

- against -

Purchased March 4, 2016

THOMSON REUTERS CORPORATION

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

STEVEN C. AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on April 7, 2016 at 11:25 AM at

C/O CORPORATION SERVICE CO
80 STATE STREET
ALBANY, NY12207

deponent served the within SUMMONS AND COMPLAINT, CIVIL COVER SHEET on THOMSON REUTERS CORPORATION therein named,

**CORPORATION** a DOMESTIC corporation by delivering thereat a true copy of each to KEVIN VOHNOUTKA, LEGAL CLERK personally, deponent knew said corporation so served to be the corporation described in said SUMMONS AND COMPLAINT, CIVIL COVER SHEET as said Defendant and knew said individual to be AUTHORIZED to accept thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BROWN | 45 | 6'1 | 170 |

BY SERVING SAME ON IT'S AUTHORIZED AGENT

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: April 13, 2016

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Commission Expires November 26, 2019

RALPH MULLEN
Notary Public, State of New York
No. 01MU6238632
Qualified in New York County
Commission Expires April 11,2019

VINETTA BREWER
Notary Public, State of New York
No. 4949206
Qualified in Bronx County
Commission Expires April 3, 2019

STEVEN C. AVERY

Invoice #: 644604

UNITED PROCESS SERVICE, INC. 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007  (212) 619-0728  NYCDCA#1102045