# COVINGTON & BURLING LLP

BEIJING   BRUSSELS   LONDON   NEW YORK
SAN DIEGO   SAN FRANCISCO   SEOUL
SHANGHAI   SILICON VALLEY   WASHINGTON

THE NEW YORK TIMES BUILDING
620 EIGHTH AVENUE
NEW YORK, NY 10018-1405
T 212.841.1000
www.cov.com

April 19, 2016

**BY ECF**

Hon. Jesse M. Furman
United States Courthouse
40 Centre Street, Room 2202
New York, New York 10007

    Re:    *Lindsey A. Kidd v. Thomson Reuters Corporation* (1:16-cv-01668-JMF)

Dear Judge Furman:

    We are counsel for Defendant Thomson Reuters Corporation in the above-captioned case.

    Pursuant to Rule 1(E) of Your Honor's Individual Rules and Practices in Civil Cases, Thomson Reuters respectfully submits this letter-motion to request an extension of time for Thomson Reuters to respond to the Complaint. Specifically, Thomson Reuters requests an extension to respond from April 28 to May 31, 2016.

    This request for adjournment is Thomson Reuters's first, and counsel for plaintiff has consented to the extension.

    Respectfully submitted,

    *[signature] Neil K. Roman /ERF*

    Neil K. Roman

cc:    James A. Francis (by ECF)
       John Soumilas (by ECF)
       Adam Guttmann Singer (by ECF)

       *Counsel for Plaintiff*