**MANDATE**

N.Y.S.D. Case # 16-cv-1668(JMF)

## UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of May, two thousand and nineteen.

Before:     Guido Calabresi,
                Christopher F. Droney,
                    *Circuit Judges,*
                Stefan R. Underhill,
                    *Chief District Judge.*\*

Lindsey A. Kidd,

    Plaintiff - Appellant,

**JUDGMENT**
Docket No. 17-3550

v.

Thomson Reuters Corporation,

    Defendant - Appellee.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jun 20 2019

The appeal in the above captioned case from a judgment of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the District Court is AFFIRMED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

\*Judge Stefan R. Underhill, of the United States District Court for the District of Connecticut, sitting by designation.

**MANDATE ISSUED ON 06/20/2019**